ACCEPTED
01-15-00358-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/25/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00358-CR
T.C. No. CR-13-0430

IN THE COURT OF APPEALS FOR THE
FIRST COURT OF APPEALS DISTRICT,
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/26/2015 8:00:00 AM
CHRISTOPHER A. PRINE
Clerk

BOBBY JOE JONES, JR., Appellant

v.

THE STATE OF TEXAS, Appellee

Appealed from the District Court of Hays County, Texas
22nd Judicial District

## MOTION FOR EXTENSION OF TIME TO FILE REPORTER'S RECORD

This Motion for Extension of Time to File Reporter's Record is brought by BOBBY JOE JONES, JR., Appellant, who shows in support:

1. The Reporter's Record in this case was due on May 11, 2015.

2. Appellant is asking the Court for a 30-day extension. Appellant was contacted by Court Reporter Sherri Linder on May 11, 2015 and informed that an additional 30 days was needed as a software change had recently been made to the equipment used during the trial court proceeding.

3. Appellant attorney apologizes for the delay in filing this extension as this attorney has been engaged in back-to-back jury trials with the most recent ending May 22, 2015 before the Honorable Judge David Wahlberg of the 167th Judicial District of Travis County.

4. This Motion for Extension of Time to File Reporter's Record is not sought for delay, but that justice may be done.

BOBBY JOE JONES, JR. prays that the Court grants the Motion for Extension of Time to File Reporter's Record.

Respectfully Submitted,

Bernard & Associates
1203 Baylor St.
Austin, TX 78703
Tel: (512) 478-5291
Fax: (512) 478-9827


By: /s/ Tanisa Jeffers
Brian Bernard, SBN 24001728
Tanisa Jeffers, SBN 24006153

Attorneys for BOBBY JOE JONES, JR.


## CERTIFICATE OF CONFERENCE

I certify that I have conferred with opposing counsels and they do not disagree with this extension.


/s/ Tanisa Jeffers
Brian Bernard
Tanisa Jeffers

Attorneys for BOBBY JOE JONES, JR.


## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with Texas Rules of Civil Procedure on May 23, 2015.


/s/ Tanisa Jeffers
Brian Bernard
Tanisa Jeffers

Attorneys for BOBBY JOE JONES, JR.